FILED
CLERK, U.S. DISTRICT COURT
FEB 6 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Cecelia Reyes-Chavez, <br> Defendant. | Case No.: 09-00253M <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation(s) of the terms and conditions of ~~his~~/her ~~[probation]~~ [supervised release~~X~~]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X)  The defendant has not met ~~his~~/her burden of establishing by clear and convincing evidence that ~~he~~/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on an absence of information regarding

personal history or bail resources; the nature of the alleged violations, which relate to substance abuse

and/or

B. ☒ The defendant has not met ~~his~~/her burden of establishing by clear and convincing evidence that ~~he~~/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: defendant's criminal history, including drug offenses, and the nature of violation relating to substance abuse

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 2/6/09

*/s/ Carla M. Woehrle*

UNITES STATES MAGISTRATE JUDGE

CARLA M. WOEHRLE